# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *
                                   *
ST. ELIZABETH ROMAN CATHOLIC       *
CHURCH OF WOODHAVEN,               *
                                   *
            Plaintiff,             *
                                   *   No. 17-741C
      v.                           *   Filed: January 18, 2018
                                   *
UNITED STATES,                     *
                                   *
            Defendant.             *
                                   *
* * * * * * * * * * * * * * * * * *
```

## O R D E R

The court is in receipt of the parties' January 18, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

                                                                 s/Marian Blank Horn
                                                             **MARIAN BLANK HORN**
                                                                     **Judge**